**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 5:11-cv-356**

CURT GUYER

    Plaintiff,

vs.

ANDREU, PALMA, & ANDREU, P.L.

AND

PRECISION RECOEVERY ANALYTICS, INC.,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Andreu, Palma, & Andreu, P.L., ("APA") and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Admit that the Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act state what the state, as to all other allegations contained herein, denied.

2. Admit.

3. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

4. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

5. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

6. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

7. Admit that Defendant is sometimes considered a debt collector as defined by the FDCPA and FCCPA, as to all other allegations contained herein, denied.

8. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

9. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

11. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

12. Admitted.

13. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

14. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

15. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

16. Admitted that Exhibit "A" speaks for itself, as to all other allegations contained herein, denied.

17. Denied.

18. Denied.

19. Defendant re-incorporates and re-alleges paragraphs 1 through 18 as if full restated herein.

20. Denied (a through f inclusive).

21. Admitted that Plaintiff requests a trial by jury.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080

/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@goldenscaz.com
cmchale@godlenscaz.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
Dale T. Golden, Esquire

/s/ Charles J. McHale
Charles J. McHale, Esquire